IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 2:19-cv-0854 |
| v. | ) |
| | ) |
| HAYAT PHARMACY 3 LLC, AND ZAIBAK PRN LLC, | ) DEMAND FOR JURY TRIAL |
| | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations LLC and Defendants Hayat Pharmacy 3 LLC and Zaibak PRN LLC, by and through their attorneys of record, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: August 28, 2019

/s/Grant McArthur

M Grant McArthur
Budo Law LLP
5610 Ward Rd - Ste 300
Arvada, CO 80002
720-225-9440 Fax: 720-225-9331
gmcarthur@budolaw.com

*Attorney for Plaintiff Symbology Innovations LLC*

/s/ *Jeffery J. Guerard*

Jeffrey J Guerard
Munjed A Ahmad
Ahmad & Guerard LLP
4915 S Howell Ave - Ste 300
Milwaukee, WI 53207
414-455-7707 Fax: 414-755-6005
Jguerard@law-Ag.com
Mahmad@law-Ag.com

*Attorneys for Defendants Hayat Pharmacy 3 LLC and Zaibak PRN LLC*

IT IS SO ORDERED.

_____

U.S. District Court Judge

Date: _____