UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SYMBOLY INNOVATIONS LLC,

    Plaintiff,

 v.

    Case No. 19-CV-854

HAYAT PHARMACY 3 LLC and
ZAIBAK PRN LLC,

    Defendants.

---

### ORDER APPROVING STIPULATION OF DISMISSAL

Pursuant to the stipulation of the parties dated August 28, 2019 (Docket # 16), **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2019.

    BY THE COURT:

    *s/Nancy Joseph*
    NANCY JOSEPH
    United States Magistrate Judge